IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION


FILED
U.S. DISTRICT COURT
2009 SEP -3 PM 3:34
SO. DIST. OF GA.

JIMMIE JONES,

        Plaintiff,

v.

STEVE UPTON; JOHN PAUL;
EDGAR JOHNSON; Sgt. HARPER;
CO II HUTCHINSON; Officer MARVIN;
and ANN MOBLEY,

        Defendants.

CIVIL ACTION NO.: CV609-041

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Steve Upton and Ann Mobley are **DISMISSED**, pursuant to 28 U.S.C. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 3 day of Sep, 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)